JOHN HALL ET AL., PLAINTIFFS IN ERROR, v. NIELS PETER KJER, BUILDER, AND CROWELL ACKEN, OWNER, DEFENDANTS IN ERROR.

There can be no lien upon the land of a minor under the mechanics' lien law.

---

Error to Middlesex Circuit Court.

For the plaintiffs in error, *J. R. & N. English.*

For the defendants in error Acken, *J. K. Rice.*

The opinion of the court was delivered by

THE CHANCELLOR.   The judgment which is brought up in this case was entered in the Circuit Court of the county of Middlesex, in a suit upon the lien claim of a material man under the mechanics' lien law, for materials furnished for a house built by the defendant Kjer upon a lot of land of the defendant Acken pursuant to a contract between them.  The latter

pleaded that the house and land were not liable for the debt. He was a minor when the house was built. He, therefore, could make no contract for its erection which would be binding upon him or his property. There can be no lien upon the land of a minor under the mechanics' lien law; for the lien given thereby is, except in the case of the land of married women, as to which there is an express provision for lien, incident only to a legal liability to pay which a minor is not competent to incur for building upon his land. *Phil. Mech. Liens*, §§ 108, 112; *Johnson* v. *Parker*, 3 *Dutcher* 239. The judgment of the court below should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, MAGIE, PARKER, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, PATERSON, WHITAKER. 13.

*For reversal*—None.